(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

**FILED**
Jul 24 2019
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | § CASE NUMBER: EP:19-M -07441(1) ATB |
| | § USM Number: 37824 480 |
| (1) BRENDA STEPHANIE ESCOBEDO-DELGADO | § |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Brenda Stephanie Escobedo-Delgado, was represented by counsel, Sergio Roldan.

The defendant pled guilty to the complaint on July 24, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | July 23, 2019 |

As pronounced on July 24, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, July 24, 2019.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Executed: 07/25/2019
By: SL
United States Marshal Service